UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 09-37285 GMB

Debtor: Denise J. Lindsay

| Check Number | Creditor | Amount |
|---|---|---|
| 1718938 | GMAC Mortgage Corporation | 2284.68 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   February 8, 2011